EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**TX 7-143-843**

Effective date of registration:
February 5, 2010

---

### Title
**Title of Work:** Lover

### Completion/ Publication
**Year of Completion:** 2010
**Date of 1st Publication:** January 12, 2010       **Nation of 1st Publication:** United States

### Author
- **Author:** Teresa LaDart, dba Teresa La Dart
  **Author Created:** text
  **Citizen of:** United States       **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Teresa LaDart, dba Teresa La Dart
905 Galyon Drive, Southaven, MS 38671, United States

### Rights and Permissions
**Name:** Teresa L Hale
**Email:** thale@authorsolutions.com       **Telephone:** 812-334-5378
**Address:** 1663 Liberty Drive
Suite 200
Bloomington, IN 47403

### Certification
**Name:** Teresa Hale
**Date:** February 5, 2010

Registration #:   TX0007143843

Service Request #:   1-328782589

Teresa L Hale
1663 Liberty Drive
Suite 200
Bloomington, IN 47403