# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

---------------------------------------------------------X
:
TERESA LA DART, :
:
    Plaintiff, : Case No. 2:22-cv-02552-JTF-cgc
:
v. :
:
TAYLOR SWIFT, TAYLOR SWIFT :
PRODUCTIONS, INC. :
:
    Defendants. :
:
---------------------------------------------------------X

**PLAINTIFF'S CORRECTED DISMISSAL OF ACTION UNDER FRCP 41(a)(1)(A)(i)**

Plaintiff, Teresa La Dart ("TLD"), by and through her attorney, hereby dismisses the matter referenced above with prejudice.

Please disregard the earlier submitted Dismissal as it included an error with regard to prejudicial handling thereof. This corrected Dismissal is the intended action by Plaintiff in this matter.

                                                                                Respectfully submitted,

Dated this 27th day of July, 2023.                    s/ William S. Parks
                                                                               William S. Parks, BPR# 27681
                                                                               William S. Parks, PLLC
                                                                               172 W. Viking Drive
                                                                               Cordova, Tennessee 38018
                                                                               (901) 412-2755
                                                                               billparks@billparkslaw.com
                                                                               *Attorney for Plaintiff Teresa La Dart*

## CERTIFICATE OF SERVICE

Plaintiff's Attorney certifies that this submission has been presented to Defendant's counsel, namely Douglas Baldridge and Katherine Morrone, via email communication on July 27, 2023.

/s William S. Parks