IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **TERESA LA DART,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      Case No. 2:22-cv-02552-JTF-cgc |
| | ) |
| **TAYLOR SWIFT, TAYLOR SWIFT PRODUCTIONS, INC.** | ) |
| | ) |
| Defendants. | ) |

### ORDER OF VOLUNTARY DISMISSAL

Before the Court is Plaintiff Teresa La Dart's Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed on July 27, 2023. (ECF No. 24.) The Court, being duly advised, finds that this action is voluntarily **DISMISSED** in its entirety with prejudice. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED** this 27th day of July, 2023.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE