**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **TERESA LA DART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-02552-JTF-cgc** |
| | ) | |
| **TAYLOR SWIFT, TAYLOR SWIFT** | ) | |
| **PRODUCTIONS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) in accordance with the Order of Voluntary Dismissal with Prejudice, entered on July 27, 2023. (ECF No. 25.)

**APPROVED:**

_s/John T. Fowlkes, Jr._
JOHN T. FOWLKES, JR.                    WENDY OLIVER
UNITED STATES DISTRICT JUDGE            CLERK


July 27, 2023                           Ameshia Forrest
DATE                                    (By) LAW CLERK